UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LOUIS GEORGE BLIVEN,

        **Plaintiff,**

v.                                                    Case No: 6:13-cv-1150-Orl-18TBS

COMMISSIONER OF SOCIAL
SECURITY,

        **Defendant.**

_____

## ORDER

THIS CAUSE comes for consideration on Plaintiff Louis George Bliven's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner"), which the Court referred to United States Magistrate Judge Thomas B. Smith for a report and recommendation. Bliven filed objections (Doc. 17) to Judge Smith's Report and Recommendation. Having reviewed the Report and Recommendation, Bliven's objections, and the Commissioner's response, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 16) is **APPROVED** and **ADOPTED**.
2. The Commissioner's final decision is **AFFIRMED**.
3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on this _18_ day of September, 2014.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record